## IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA
DEPARTMENT OF MOTOR VEHICLES
AND PUBLIC SAFETY,

        Appellant,

    vs.

MONDIER KHAIRA,

        Respondent.

No. 79912

FILED

MAR 1 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
       Attorney General/Carson City
       Attorney General/Las Vegas
       Chesnoff & Schonfeld
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-09495